No. 47,038

STATE OF KANSAS, *Appellee*, v. RICHARD DELWAYNE CLARK, *Appellant*.

(522 P. 2d 411)

OPINION ON MOTION FOR REHEARING

Filed May 29, 1974. (For original opinion see *State v. Clark*, 214 Kan. 293, 521 P. 2d 298.)

*John F. Jorgensen*, of Dresie & Jorgensen, of Wichita, argued the cause and was on the brief for the appellant.

*Larry Kirby*, deputy district attorney, argued the cause, and *Vern Miller*, attorney general, *Keith Sanborn*, district attorney, and *Stephen M. Joseph*, of counsel, of Wichita, were with him on the brief for the appellee.

The opinion of the court was delivered by

FONTRON, J.: In the opinion filed April 6, 1974, remanding this case for a new trial, one of the reasons given for reversal was failure to instruct the jury on fourth degree manslaughter under K. S. A. 21-419 as being a lesser included offense of murder in the first degree. In assigning this as a ground for reversal this court

was in error; the jury was instructed as to fourth degree manslaughter as defined by K. S. A. 21-419. Consequently, the opinion is modified by deleting all reference to failure to instruct on fourth degree manslaughter under K. S. A. 21-419, and Syllabus 7 is corrected to read as follows:

7. The evidence is examined in an action wherein the defendant was convicted of murder in the second degree and for reasons appearing in the opinion it is *held* the trial court erred (1) in failing to instruct on the lesser included offense of manslaughter in the second degree as defined in K. S. A. 21-411 and (2) in improperly instructing the jury as to the purposes for which a prior crime could be considered.

In other respects the opinion is confirmed and the motion for rehearing is overruled.